Form 1-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**

**FORM 1**

14-00190

Trigger Point Technologies, Inc.
                        **Plaintiff,**

        **v.**

**UNITED STATES,**
                        **Defendant.**

**SUMMONS**      Case #

TO:    The Attorney General and the Secretary of Homeland Security:

        **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

                        **/s/ Tina Potuto Kimble**
                        Clerk of the Court

## PROTEST

| | |
|---|---|
| Port of Entry: Houston Sea Port 5301 | Date Protest Filed: See attached schedule |
| Protest Number: See attached schedule | Date Protest Denied: See attached schedule |
| Importer: Trigger Point Technologies | |
| Category of Merchandise: Foam Rollers - Massage Equip. | |

## ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Port Director,

Mr. Dave Fluty
7141 Office City Drive
Houston, TX 77087

Mr. Benjamin L. England, Esq.
810 Landmark Drive
Glen Burnie, MD 21061
410.220.2800
blengland@fdaimports.com

Address of Customs Port in
Which Protest was Denied

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Foam Rollers | 9506.91.0030 | 4.6% | 9019.10.2050 | 0% |

| Other |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: |
| Error in classification and rate and amount of duties chargeable - 19 U.S.C. 1514(a)(2). |

| The issue which was common to all such denied protests: |
|---|
| Broker classified Foam Rollers as exercise equipment (4.6% duty), when should have been classified as massage equipment (0% duty). In denied protests, Customs concluded that Foam Rollers have equal dual uses, and therefore per GRI 3(c), Foam Rollers should be classified under the last numerical heading. Product does not have equal dual uses and is massage equipment under the law. |

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

_____
Signature of Plaintiff's Attorney

8/5/14
_____
Date

Form 1-3

## SCHEDULE OF PROTESTS

_____
        Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 5309-13-100490 | Dec. 12, 2013 | Feb. 11, 2014 | E7A-0033352-5 | Apr. 24, 2013 | Sept. 6, 2013 |
| 5309-13-100489 | Dec. 12, 2013 | Feb. 11, 2014 | E7A-0034169-2 | May 15, 2013 | Sept. 6, 2013 |
| 5309-13-100503 | Dec. 16, 2013 | Feb. 11, 2014 | E7A-0029741-5 | Dec. 12, 2012 | Nov. 8, 2013 |
| 5309-13-100502 | Dec. 16, 2013 | Feb. 11, 2014 | E7A-0029922-1 | Dec. 12, 2012 | Nov. 8, 2013 |
| 5309-13-100495 | Dec. 12, 2013 | Feb. 11, 2014 | E7A-0031090-3 | Feb. 5, 2013 | Sept. 6, 2013 |
| 5309-13-100494 | Dec. 12, 2013 | Feb. 11, 2014 | E7A-0032267-6 | March 2, 2013 | Sept. 6, 2013 |
| 5309-13-100493 | Dec. 12, 2013 | Feb. 11, 2014 | E7A-0032578-6 | March 31, 2013 | Sept. 6, 2013 |
| 5309-13-100492 | Dec. 12, 2013 | Feb. 11, 2014 | E7A-0032782-4 | Apr. 3, 2013 | Sept. 6, 2013 |
| 5309-13-100491 | Dec. 12, 2013 | Feb. 11, 2014 | E7A-0032836-8 | Apr. 9, 2013 | Sept. 6, 2013 |
| 5309-13-100508 | Dec. 16, 2013 | Feb. 11, 2014 | E7A-0030396-5 | Jan. 11, 2013 | Nov. 29, 2013 |
| 5309-13-100507 | Dec. 16, 2013 | Feb. 11, 2014 | E7A-0030976-4 | Jan. 29, 2013 | Dec. 13, 2013 |
| 5309-13-100506 | Dec. 16, 2013 | Feb. 11, 2014 | E7A-0030699-2 | Jan. 21, 2013 | Dec. 6, 2013 |
| 5309-13-100505 | Dec. 16, 2013 | Feb. 11, 2014 | E7A-0029441-2 | Dec. 8, 2012 | Nov. 1, 2013 |
| 5309-13-100504 | Dec. 16, 2013 | Feb. 11, 2014 | E7A-0029621-9 | Dec. 11, 2012 | Oct. 25, 2013 |

Port Director of Customs,

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011.)

RECEIVED & FILED

2014 AUG -6  PM 3:48

U.S. COURT OF
INTERNATIONAL TRADE